UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRIMAR SYSTEMS, INC.,

    Plaintiff,

-vs-

POWERSDINE, LIMITED,

    Defendant,

_____

Case No. 01-74081
Hon: AVERN COHN

CHRIMAR SYSTEMS, INC.,

    Plaintiff,

-vs-

FOUNDRY NETWORKS, INC.,

    Defendant,

_____

Case No. 06-13936
Hon: AVERN COHN

CHRIMAR SYSTEMS, INC.,

    Plaintiff,

-vs-

D-LINK SYSTEMS,

    Defendant.

_____/

Case No. 06-13937
Hon: AVERN COHN

## **ORDER**

These are patent cases. Markman proceedings are currently pending on referral to a Special Master. Defendants filed a motion "Motion to Strike Plaintiff's Extrinsic Evidence and Response to Defendants' Claim Construction Brief, and Supporting Brief."

Plaintiff responded.

The decision of whether or not to consider the brief is for the Special Master, including whether or not to give defendants an opportunity to depose the individuals who submitted declarations with plaintiff's brief.

SO ORDERED.

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: March 12, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 12, 2008, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160