UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRIMAR SYSTEMS, INC.,

    Plaintiff,

-vs-

POWERSDINE, LIMITED,

    Defendant,
_____

Case No. 01-74081
Hon: AVERN COHN

CHRIMAR SYSTEMS, INC.,

    Plaintiff,

-vs-

FOUNDRY NETWORKS, INC.,

    Defendant,
_____

Case No. 06-13936
Hon: AVERN COHN

CHRIMAR SYSTEMS, INC.,

    Plaintiff,

-vs-

D-LINK SYSTEMS, INC.,

    Defendant.
_____/

Case No. 06-13937
Hon: AVERN COHN

## *MARKMAN* ORDER

The Markman phase of this case is completed. For reasons stated in the forthcoming Memorandum On Claim Construction, the Court's resolution of the parties'

contentions on ambiguous words and phrases is stated in the Claim Construction Chart attached as Exhibit A.

SO ORDERED.


Dated: July 10, 2008         s/Avern Cohn
                             AVERN COHN
                             UNITED STATES DISTRICT JUDGE



I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 10, 2008, by electronic and/or ordinary mail.

                             s/Julie Owens
                             Case Manager, (313) 234-5160

2