UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRIMAR SYSTEMS, INC.,

       Plaintiff,                        CIVIL NO. 06-13936

v.                                    HONORABLE AVERN COHN

FOUNDRY NETWORKS, INC.,

       Defendant.
_____/

**ORDER FINDING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT OF CLAIM 17 OF U.S. PATENT NO. 5,406,260 BY MIDSPAN PRODUCTS BASED ON THE DOCTRINE OF COLLATERAL ESTOPPEL**

       Before the Court is the above referenced motion.  The Court finds that the motion is MOOT.

       SO ORDERED.


Dated:  August 19, 2010                s/Avern Cohn
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 19, 2010, by electronic and/or ordinary mail.

                                               s/Julie Owens
                                             Case Manager, (313) 234-5160