UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRIMAR SYSTEMS, INC.,

    Plaintiff,

-vs-

                                Case No. 06-13936
                                Hon: AVERN COHN

FOUNDRY NETWORKS, INC.,

    Defendant.

_____/

## **MEMORANDUM**

On August 30, 2010, the Court filed a Memorandum and Order (Doc. 139) styled:

> Memorandum and Order Adopting Report and Recommendations of Special Master (Doc. 127) and Granting Defendant's Motion for Application of Collateral Estoppel to Bind Plaintiff to Fact Issues Decided Regarding "Green Book" and the "AMD Application Note" Prior Art, and Invalidity of Claim 1 of the '260 Patent (Doc. 89)

On September 14, 2010, Plaintiff filed a paper (Doc. 141) styled:

> Plaintiff Chrimar's Request for Clarification of the Court's Memorandum and Order (Dkt. 139) Adopting Report and Recommendations of Special Master (Doc. 127) and Granting Defendant's Motion for Application of Collateral Estoppel to Bind Plaintiff to Fact Issues Decided Regarding "Green Book" and the "AMD Application Note" Prior Art, and Invalidity of Claim 1 of the '260 Patent (Doc. 89)

The Memorandum and Order (Doc. 139) speaks for itself. Particularly, the Court stated:

> . . .the Court also recognizes that there are some issues which are unique to Claim 17."

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: September 16, 2010

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 16, 2010, by electronic and/or ordinary mail.

S/Shawntel Jackson
Relief Case Manager, (313) 234-5160