UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRIMAR SYSTEMS, INC.,

        Plaintiff,

Case No.    06-13936

HONORABLE AVERN COHN

v.

FOUNDRY NETWORKS, INC.,

        Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on August 01, 2012, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: August 1, 2012        By: s/Julie Owens
                                        Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 1, 2012, by electronic and/or ordinary mail.

                                        S/Julie Owens
                                        Case Manager, (313) 234-5160