UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRIMAR SYSTEMS, INC.,

    Plaintiff,

                                                         Case No. 06-13936

-vs-                                                    HON. AVERN COHN

FOUNDRY NETWORKS, INC.,

    Defendant.
_____/

## ORDER STAYING PROCEEDINGS

This is a patent case. Judgment has been entered in favor of defendant (Docs. 234, 235). The Judgment is on appeal to the Court of Appeals for the Federal Circuit (Dkt. #12-1641). Pending before this Court is Defendant Foundry Networks, LLC's Motion To Declare Exceptional Case Under 35 USC §285 And Award Fees And Expenses (Doc. 240). Plaintiff has filed a brief in opposition (Doc. 253).

In light of the appeal, further proceedings in this case are STAYED, pending resolution of the appeal and further order of this Court. The parties shall promptly notify the Court once the appeal has been resolved.

SO ORDERED.


Dated: October 5, 2012          S/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 5, 2012, by electronic and/or ordinary mail.

                                                                S/Julie Owens
                                                              Case Manager, (313) 234-5160